DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JACOB WILLIAMS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-3293

[April 20, 2022]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Kirk C. Volker, Judge; L.T. Case No. 50-2012-CF-000687-AXXX-MB.

Jacob Williams, Miami, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.  See Chapa v. State*, 159 So. 3d 361 (Fla. 4th DCA 2015).

DAMOORGIAN, LEVINE and KUNTZ, JJ., concur.

*       *       *

***Not final until disposition of timely filed motion for rehearing.***